JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO CANTU, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>              Plaintiff,<br><br>vs.<br><br>SPS TECHNOLOGIES, LLC, a Limited Liability Company dba CHERRY AEROSPACE; and Does 1 through 50, Inclusive,<br><br>              Defendants. | ) Case No. **8:20-cv-00653-JLS-ADS**<br>)<br>)<br>)<br>) **ORDER OF DISMISSAL**<br>)<br>)<br>)<br>) Judge:     Hon. Josephine L. Staton<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated:  May 11, 2020

_____

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

2